■ Vito Dacchille et al., Appellants, v Metropolitan Life Insurance Company et al., Respondents. [692 NYS2d 47] —Order, Supreme Court, New York County (Harold Tompkins, J.), entered April 24, 1998, which, *inter alia*, granted the motion of defendant Metropolitan Life Insurance Company and the cross motion of defendant Herbert Construction Company, Inc., for summary judgment dismissing plaintiffs' Labor Law § 241 (6) cause of action, unanimously affirmed, without costs.

The motion court properly dismissed plaintiffs' Labor Law § 241 (6) cause of action predicated upon violations of 12 NYCRR 23-1.7 (e) and 23-2.1 (a). Plaintiff sustained injuries when he "smashed against" some boxes while attempting to load onto a dolly, a 200-pound reel of cable wire that he had retrieved from within a wire mesh storage area known as "the cage". We agree with the IAS Court that this storage area does not constitute a "passageway" within the meaning of 12 NYCRR 23-1.7 (e) (1) (*see, Mendoza v Marche Libre Assocs.*, 256 AD2d 133), or a "working area" within the meaning of 12 NYCRR 23-1.7 (e) (2) (*compare, Lenard v 1251 Ams. Assocs.*, 241 AD2d 391, *appeal withdrawn* 90 NY2d 937). Nor have plaintiffs established, under the facts of this case, a violation of 12 NYCRR 23-2.1 (a).

We have considered plaintiffs' remaining contentions and find them to be unavailing. Concur—Sullivan, J. P., Rosenberger, Tom and Mazzarelli, JJ.